431 A.2d 279

**COMMONWEALTH of Pennsylvania**

v.

**Hubert E. BLOUNT, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 21, 1981.

Decided July 10, 1981.

George Gershenfeld, Philadelphia, for appellant.

Robert B. Lawler, Alan Sacks, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The Order of the Court of Common Pleas is affirmed.